UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § §  vs. § § § ANDRES SERRANO PORTILLO § aka Andro aka Huncho, § § Defendant. § § § | Case No. 4:21-cr-350 S (08) |

### SENTENCE DATA SHEET

**DEFENDANT:** Andres Serrano Portillo, aka "Andro" aka "Huncho"

**CRIMINAL NO:** 4:21-cr-350 S (08)

**DEFENDANT'S IMMIGRATION STATUS:** U.S. citizen

**PLEA AGREEMENT:** Pursuant to Rule 11(c)(1)(A) and (B), the Defendant agrees to plead guilty to Count 14 of the Superseding Indictment. Further, the Defendant waives his right to appeal and collaterally attack his conviction. The Government will, at the time of sentencing, not oppose the Defendant's request for acceptance of responsibility and if applicable, will move for the third acceptance of responsibility point under U.S.S.G. 3E1.1(a) and (b). In addition, if the Defendant persists in his guilty plea, the Government will move to dismiss any remaining counts of the Superseding Indictment at the time of sentencing.

**COUNT FOURTEEN:** Sex Trafficking of a Minor, 18 U.S.C. § 1591(a)(1), (b)(2) and (c) and 18 U.S.C. § 2.

1

| | |
|---|---|
| **ELEMENTS:** | **Sex Trafficking of a Minor – 18 U.S.C. § 1591** |

To prove sex trafficking in violation of 18 U.S.C. § 1591(a)(1) for trafficking minors, the United States must prove the following elements:

(1) The defendant knowingly recruited, enticed, harbored, transported, provided, obtained, or maintained by any means a person;

(2) In and affecting interstate and foreign commerce;

(3) Knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe the person had not attained the age of 18 years, and would be caused to engage in a commercial sex act.

**PENALTY:** Mandatory minimum of 10 years' imprisonment to a maximum of life imprisonment; fine of NMT $250,000; supervised release of 5 years to life; $100 special assessment; additional $5,000 special assessment under the Justice for Victims of Trafficking Act of 2015, 18 U.S.C. § 3014.

**SUPERVISED RELEASE** At least five years and up to life (18 U.S.C. 3583(k)); if he should violate the conditions of any period of supervised release which may be imposed as part of his sentence, then Defendant may be imprisoned for the entire term of supervised release, without credit for time already served on the term of supervised release prior to such violation.

**SENTENCING GUIDELINES:** Advisory

**SPECIAL ASSESSMENT:** $100 special assessment; additional $5,000 special assessment under the Justice for Victims of Trafficking Act of 2015, 18 U.S.C. § 3014.