UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **4:21-CR-350-06** |
| *versus* | § | |
| | § | **JUDGE GEORGE C. HANKS, JR.** |
| **ANDRES PORTILLO** | § | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

*TO THE HONORABLE GEORGE C. HANKS, JR.*:

1. Andres Portillo asks the Court to continue the sentencing hearing, and shows the following supporting this request:

2. Portillo pleaded guilty to sex trafficking. Sentencing is scheduled for November 6, 2024, at 10:30 am.

3. Defense counsel needs additional time to obtain documents that may affect the Court's sentencing decision. Portillo will be denied effective assistance of counsel if the sentencing is held on November 6.

4. Portillo asks the hearing be continued for 60 days.

5. The AUSA is unopposed to this motion.

                                              Respectfully submitted,

                                              /s/ David Adler

                                              _____

                                              David Adler
                                              State Bar of Texas 00923150
                                              Southern District of Texas 17942
                                              1415 North Loop West
                                              Suite 905
                                              Houston, Texas 77008
                                              (713) 666-7576
                                              Attorney for Defendant,
                                              Andres Portillo

## CERTIFICATE OF SERVICE

A copy of this pleading was provided to the AUSA on October 16, 2024, via PACER.

/s/ David Adler

_____

David Adler

## CERTIFICATE OF CONFERENCE

The AUSA is unopposed to this motion.

/s/ David Adler

_____

David Adler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **4:21-CR-350-06** |
| *versus* | § | |
| | § | **JUDGE GEORGE C. HANKS, JR.** |
| **ANDRES PORTILLO** | § | |

## ORDER

The Court orders the unopposed motion to continue the sentencing hearing:

Granted,

Portillo's sentencing hearing will be held on _____ _____, 2024, at _____ am pm.

Denied.

Signed on October _____, 2024.

_____
George C. Hanks, Jr.
United States District Judge