United States District Court
Southern District of Texas
**ENTERED**
October 21, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS.  § | CRIMINAL ACTION NO. 4:21-CR-00350-006 |
| § | |
| ANDRES SERRANO PORTILLO § | |

## ORDER

Pending before the Court is the Defendant's Unopposed Motion for Continuance (Dkt 525).

**IT IS HEREBY ORDERED** that the Defendant's Motion for Continuance is **GRANTED**.

It is further **ORDERED** that sentencing is reset to December 16, 2024 **at 10:30 a.m**.

SIGNED at Houston, Texas on October 21, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE