UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | **4:21-CR-350-06** |
| *versus* § | |
| § | **JUDGE GEORGE C. HANKS, JR.** |
| **ANDRES PORTILLO** § | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING

*TO THE HONORABLE GEORGE C. HANKS, JR.*:

1. Andres Portillo asks the Court to continue the sentencing hearing, and shows the following supporting this request:

2. Portillo pleaded guilty to sex trafficking. Sentencing is scheduled for December 16, 2024, at 10:30 am.

3. Defense counsel needs additional time to obtain documents that may affect the Court's sentencing decision. Portillo will be denied effective assistance of counsel if the sentencing is held on December 16.

4. Portillo asks the hearing be continued for 30 days.

5. The AUSA is unopposed to this motion.

Respectfully submitted,

/s/ David Adler

_____

David Adler
State Bar of Texas 00923150
Southern District of Texas 17942
1415 North Loop West
Suite 905
Houston, Texas 77008
(713) 666-7576

Attorney for Defendant,
Andres Portillo

### CERTIFICATE OF SERVICE

A copy of this pleading was provided to the AUSA on December 2, 2024, via PACER.

/s/ David Adler
_____
David Adler

### CERTIFICATE OF CONFERENCE

The AUSA is unopposed to this motion.

/s/ David Adler
_____
David Adler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **4:21-CR-350-06** |
| *versus* | § | |
| | § | **JUDGE GEORGE C. HANKS, JR.** |
| **ANDRES PORTILLO** | § | |

### ORDER

The Court orders the unopposed motion to continue the sentencing hearing:

Granted,

Portillo's sentencing hearing will be held on _____ \_\_\_\_\_, 2025, at \_\_\_\_\_ am pm.

Denied.

Signed on December \_\_\_\_\_, 2025.

_____
George C. Hanks, Jr.
United States District Judge