UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | 4:21-CR-350-06 |
| *versus* | § | |
| | § | JUDGE GEORGE C. HANKS, JR. |
| ANDRES PORTILLO | § | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

*TO THE HONORABLE GEORGE C. HANKS, JR.*:

1. Andres Portillo asks the Court to continue the sentencing hearing, and shows the following supporting this request:

2. Portillo pleaded guilty to sex trafficking. Sentencing is scheduled for January 14, 2025, at 10:30 am.

3. Defense counsel needs additional time to obtain documents that may affect the Court's sentencing decision. Portillo will be denied effective assistance of counsel if the sentencing is held on January 14.

4. Additionally, co-defendant Damarquis McGee is set for sentencing on March 4. Because of the roles they played in this case, the Court should sentence Portillo after McGee's sentencing.

5. Portillo asks the hearing be continued for 60 days.

6. The AUSA is unopposed to this motion.

Respectfully submitted,

/s/ David Adler

_____
David Adler
State Bar of Texas 00923150
Southern District of Texas 17942
1415 North Loop West
Suite 905

Houston, Texas 77008
(713) 666-7576

Attorney for Defendant,
Andres Portillo

### CERTIFICATE OF SERVICE

A copy of this pleading was provided to the AUSA on January 9, 2025, via PACER.

/s/ David Adler

_____

David Adler

### CERTIFICATE OF CONFERENCE

The AUSA is unopposed to this motion.

/s/ David Adler

_____

David Adler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **4:21-CR-350-06** |
| *versus* | § | |
| | § | **JUDGE GEORGE C. HANKS, JR.** |
| **ANDRES PORTILLO** | § | |

## ORDER

The Court orders the unopposed motion to continue the sentencing hearing:

Granted,

Portillo's sentencing hearing will be held on _____ _____, 2025, at _____ am pm.

Denied.

Signed on January _____, 2025.

_____
George C. Hanks, Jr.
United States District Judge