United States District Court
Southern District of Texas
**ENTERED**
January 09, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **4:21-CR-350-06** |
| *versus* | § | |
| | § | **JUDGE GEORGE C. HANKS, JR.** |
| **ANDRES PORTILLO** | § | |

**ORDER**

The Court orders the unopposed motion to continue the sentencing hearing:

**Granted**,

Portillo's sentencing hearing will be held on  March 11 , 2025, at 11:00 am .

Signed on January  9 , 2025.

George C. Hanks, Jr.
United States District Judge