United States District Court
Southern District of Texas
**ENTERED**
March 06, 2025
Nathan Ochsner, Clerk

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **4:21-CR-350-06** |
| *versus* | § | |
| | § | **JUDGE GEORGE C. HANKS, JR.** |
| **ANDRES PORTILLO** | § | |

## ORDER

The Court orders the unopposed motion to continue the sentencing hearing:

Granted,

Portillo's sentencing hearing will be held on ___May 12___ _____, 2025, at __10:30__ am pm.

Signed on March __6th__, 2025.

*George C. Hanks Jr*

George C. Hanks, Jr.
United States District Judge